**Opinion filed January 30, 2009**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-09-00001-CV

_____

## KEITH RUSSELL JUDD, Appellant

## V.

## KAREN Y. COREY-STEELE, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-103,828**

## M E M O R A N D U M   O P I N I O N

On January 2, 2009, Keith Russell Judd filed a pro se motion "amending" his motion for new trial filed in 1998 and filed a pro se notice of appeal challenging the trial court's December 18, 2008 order. The clerk of the trial court informed this court in writing that the trial court did not enter an order dated December 18, 2008. On January 7, 2009, the clerk of this court wrote the parties advising them that it appeared a final, appealable order may not have been entered and directing appellant to respond in writing by January 22, 2009, showing grounds for continuing this appeal.

Appellant has filed both a response and a supplemental brief in support of his appeal. He has attached copies of an unsigned order dated January 16, 1998, stating that appellant and appellee were not married and of the trial court's temporary protective and show cause order signed and dated July 8, 1998. Neither of these orders is subject to appeal at this time.

Appellant has failed to invoke the jurisdiction of this court over this appeal. The appeal is dismissed.

PER CURIAM

January 30, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2